UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:07 CR 409-14 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| TERRENCE MCKELLAR, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh, regarding the change of plea hearing of , which was referred to the Magistrate Judge with the consent of the parties.

On November 15, 2007 the government filed a forty-one count indictment, charging Defendant, Terrence McKellar, with Conspiracy to Possess and Distribute at Least Five Kilograms or More of Cocaine in violation of Title 21 United States Code, Section 846. On December 5, 2007, Defendant McKellar was arraigned and entered a plea of not guilty before Magistrate Judge James S. Gallas. On July 23, 2008, Magistrate Judge Kenneth S. McHargh received Defendant McKellar's plea of guilty to count 41 of the Superseding Indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted

and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant McKellar is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant McKellar is adjudged guilty to Count 41 of the Superseding Indictment, in violation of Title 21 United States Code, Section 846. Sentencing will be on October 15, 2008, at 10:30 a.m. in Courtroom 17-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE